# United States District Court

DISTRICT OF

RHONDA HALL,

V.

VERIZON COMMUNICATIONS, INC. and VERIZON NEW ENGLAND, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30002-MAP

TO: (Name and address of defendant) Verizon New England, Inc. c/o CT Corporation System 101 Federal Street Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh D. Heisler, Esq.
Heisler, Feldman + McCormick, P.C.
1145 Main Street - Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 3/3/05

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

(1)

March 9, 2005

I hereby certify and return that on 3/8/2005 at 2:15PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Y.Concepcion, agent and person in charge at the time of service for Verizon New England, Inc., at , ‡ CT Corporation System, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

John Cotter

Deputy Sheriff

Deputy Sheriff John Cotter

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date* ______ *Signature of Server*

______ *Address of Server*