UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RHONDA HALL, | ) | CIVIL ACTION NO. 05-30002-MAP |
| Plaintiff | ) | |
| v. | ) | |
| VERIZON COMMUNICATIONS, INC., and VERIZON NEW ENGLAND, INC. | ) | MARCH 29, 2005 |
| Defendants | ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Stacy Smith Walsh on behalf of the Defendants, Verizon Communications, Inc. and Verizon New England, Inc., in the above-captioned matter.

Respectfully submitted,

/s/ Stacy Smith Walsh
Stacy Smith Walsh (BBO No. 647420)
**DAY, BERRY & HOWARD, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 facsimile
sswalsh@dbh.com

## CERTIFICATE OF SERVICE

I, Stacy Smith Walsh, hereby certify that on the 29th day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to Hugh D. Heisler, Esq., of Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA  01103.

/s/  Stacy Smith Walsh
Stacy Smith Walsh