UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHONDA HALL, | CIVIL ACTION NO. 05-30002-MAP |
| Plaintiff | |
| v. | |
| VERIZON COMMUNICATIONS, INC., and VERIZON NEW ENGLAND, INC. | MARCH 29, 2005 |
| Defendants | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)**

Pursuant to Local Rule 7.1 (A) (2), I, Stacy Smith Walsh, counsel for the Defendants, Verizon Communications, Inc. and Verizon New England, Inc., hereby certify that on March 29, 2005, I attempted to contact counsel for Plaintiff, Hugh D. Heisler, by telephone in a good faith attempt to resolve or narrow the issues raised by the Defendant's Motion for Leave to File Late Answer or Response to Complaint, which is filed herewith. I left a voice mail message for Attorney Heisler but received no return call and thus I was unable to ascertain Attorney Heisler's position with respect to said motion.

Respectfully submitted,

/s/ Stacy Smith Walsh
Stacy Smith Walsh (BBO No. 647420)
**DAY, BERRY & HOWARD, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 facsimile
sswalsh@dbh.com

-2-

**CERTIFICATE OF SERVICE**

      I, Stacy Smith Walsh, hereby certify that on the 29th day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to Hugh D. Heisler, Esq., of Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103.

                                   /s/ Stacy Smith Walsh
                                   Stacy Smith Walsh