UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHONDA HALL, | CIVIL ACTION NO. 05-30002-MAP |
| Plaintiff | |
| v. | |
| VERIZON COMMUNICATIONS, INC., and VERIZON NEW ENGLAND, INC. | APRIL 27, 2005 |
| Defendants | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and D. Mass. L. R. 7.3, Defendants Verizon Communications, Inc. and Verizon New England, Inc. hereby file their corporate disclosure statements.

The Defendant Verizon Communications, Inc. has no parent corporation and no publicly traded company owns 10% of more of its stock.

The Verizon New England, Inc. is a wholly owned subsidiary of Defendant Verizon Communications, Inc.

Respectfully submitted,

 /s/ Stacy Smith Walsh
Stacy Smith Walsh (BBO No. 647420)
**DAY, BERRY & HOWARD, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 facsimile
sswalsh@dbh.com

**CERTIFICATE OF SERVICE**

      I, Stacy Smith Walsh, hereby certify that on the 27th day of April, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to Hugh D. Heisler, Esq., of Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103.

                                                /s/ Stacy Smith Walsh
                                            Stacy Smith Walsh