RHONDA HALL,

        Plaintiff,

V.

VERIZON COMMUNICATIONS, INC.,
and VERIZON NEW ENGLAND, INC.

        Defendants.

Civil Action No. 3:05-cv-30002-MAP

## PLAINTIFFS' CERTIFICATION
## PURSUANT TO LR 16.1(D)(3)

The undersigned hereby certify pursuant to LR 16.1(D)(3) that they have

conferred on the following topics:

a)     establishing a budget for the costs of conducting the full course -

and various alternative courses - of this litigation; and

b)     options for resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

THE PLAINTIFF

Rhonda Hall

Hugh D. Heisler
BBO# 563925
Heisler, Fields & Feldman, P.C.
1145 Main Street, Suite 215
Springfield, MA 01103
(413) 788-7988

Dated: June 6, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for the Defendant by First Class Mail on June 7, 2005.

Hugh D. Heisler