UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHONDA HALL,                            )
        Plaintiff       )
                                        )
v.                                      )     Civil Action No.  05-30002-MAP
                                        )
                                        )
VERIZON COMMUNICATIONS, INC.,           )
and VERIZON NEW ENGLAND, INC.,          )
        Defendants     )

SCHEDULING ORDER
June 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by June 15, 2005.

2. Plaintiff shall make her written settlement demand upon Defendants by July 1, 2005, to which Defendants shall respond by July 15, 2005.

3. All written discovery shall be served by August 1, 2005.

4. Non-expert depositions shall be completed by January 2, 2006.

5. Counsel shall appear for a case management conference on January 5, 2006, at 11:00 a.m. in Courtroom Three.

6. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by February 1, 2006.

7. Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006.

8. All expert depositions shall be completed by April 3, 2006.

IT IS SO ORDERED.

DATED: June 9, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge