UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHONDA HALL,<br><br>      Plaintiff<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>and VERIZON NEW ENGLAND, INC.<br><br>      Defendants | CIVIL ACTION NO. 05-30002-MAP |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS
VERIZON COMMUNICATIONS, INC. AND VERIZON NEW ENGLAND, INC.**

Pursuant to Local Rule 16.1(D)(3), Defendants, Verizon Communications Inc. and Verizon New England, Inc., (collectively, "Verizon") hereby certify that they have conferred with their counsel, Day, Berry & Howard LLP:

    (a)    with a view to establishing a budget for the costs of conducting the full-course—and various alternative courses—of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

VERIZON COMMUNICATIONS, INC.
VERIZON NEW ENGLAND, INC.

By its Regional Counsel,

_____
Amy D. Seifer
Lisa M. Birkdale
Verizon Communications Inc.
185 Franklin Street
Room 1401
Boston, MA  02110

By its Attorneys,

_____
Victoria Woodin Chavey, Esq. (pro hac vice)
Stacy Smith Walsh, Esq. (BBO# 647420)
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103
860-275-0100
vwchavey@dbh.com
sswalsh@dbh.com

Dated: June 27, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHONDA HALL, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC., )<br>and VERIZON NEW ENGLAND, INC. )<br>)<br>Defendants ) | CIVIL ACTION NO. 05-30002-MAP |

I hereby certify that on June 27, 2005, a copy of foregoing Local Rule 16.1(D)(3) Certification of Defendants Verizon Communications, Inc. and Verizon New England, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By its Attorneys,

*/s/ Stacy Smith Walsh*
Victoria Woodin Chavey, Esq. (pro hac vice)
Stacy Smith Walsh, Esq. (BBO# 647420)
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103
860-275-0100
vwchavey@dbh.com
sswalsh@dbh.com