UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHONDA HALL,                              )
        Plaintiff    )
                                  )
    v.                                         )   Civil Action No. 05-30002-MAP
                                  )
                                  )
VERIZON COMMUNICATIONS, INC.,    )
and VERIZON NEW ENGLAND, INC.,   )
        Defendants   )

REVISED SCHEDULING ORDER
January 4, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' joint motion to modify scheduling order and revises the schedule as follows:

1. Non-expert depositions shall be completed by February 2, 2006.

2. Counsel shall appear for a case management conference on February 3, 2006, at 10:30 a.m. in Courtroom Three. The January 5, 2006 conference is hereby cancelled.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by April 3, 2006.

5. All expert depositions shall be completed by May 1, 2006.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge