UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHONDA HALL,                               )
        Plaintiff       )
                                           )
v.                                         )   Civil Action No.  05-30002-MAP
                                           )
                                           )
VERIZON COMMUNICATIONS, INC.,              )
and VERIZON NEW ENGLAND, INC.,             )
        Defendants     )

REVISED SCHEDULING ORDER
February 3, 2006

NEIMAN, C.M.J.

The court hereby modifies the schedule in accord with the parties' request this day at the case management conference:

1. Non-expert discovery shall be completed by March 10, 2006.

2. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by April 14, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 19, 2006.

4. All expert depositions shall be completed by June 16, 2006.

5. Counsel shall appear for a case management conference on June 28, 2006, at 12:15 p.m. in Courtroom Three.

There shall be no further extensions.

IT IS SO ORDERED.

DATED: February 3, 2006

                                                     /s/ Kenneth P. Neiman  
                                                     KENNETH P. NEIMAN  
                                                     Chief Magistrate Judge