UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHONDA HALL,            )
      Plaintiff    )
                        )
v.                      )    Civil Action No. 05-30002-MAP
                        )
                        )
VERIZON COMMUNICATIONS, ET AL.,  )
      Defendants   )

FURTHER SCHEDULING ORDER
June 28, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. Defendants shall file their dispositive motion by August 18, 2006, or inform the court in writing by that date that no such motion will be filed.

2. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by September 15, 2006, to which a reply may be filed by September 22, 2006.

IT IS SO ORDERED.

                                  /s/ Kenneth P. Neiman
                                KENNETH P. NEIMAN
                                Chief Magistrate Judge