UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RHONDA HALL,                                        :
                                                    :
                    Plaintiff,                      :
                                                    :
V.                                                  :    Civil Action No. 3:05-cv-30002-MAP
                                                    :
VERIZON COMMUNICATIONS, INC.,    :
and VERIZON NEW ENGLAND, INC.    :
                                                    :
                    Defendants.                     :

**AFFIDAVIT OF HUGH HEISLER**

I, Hugh Heisler, being of full age, hereby depose and state:

1.      I am the attorney for plaintiff Rhonda Hall in the above-entitled matter, and

I make this affidavit in support of the plaintiff's Opposition to the Defendants' Motion for

Summary Judgment.

2.      Exhibit 1 to this Affidavit is a copy of the original Discrimination Complaint

filed by the Plaintiff with the Massachusetts Commission Against Discrimination.

3.      Exhibit 2 to this Affidavit consists of copies of relevant portions of

the transcript of the deposition of Plaintiff Rhonda Hall.

4.      Exhibit 3 to this Affidavit consists of copies of relevant portions of the

transcript of the deposition of George Savaria.

5.      Exhibit 4 to this Affidavit consists of copies of relevant portions of

the transcript of the deposition of Jack Lynch.

6.      Exhibit 5 to this Affidavit consists of copies of relevant portions of the

transcript of the deposition of Kathy Collins.

7.      Exhibit 6 to this Affidavit is a copy of a summary prepared by Ms. Hall which she sent by facsimile to Karen James-Sykes, and which she in turn sent by facsimile to Paul McGovern, and which was entered as Exhibit 4 to the deposition of Mr. McGovern.

8.      Exhibit 7 to this Affidavit is a copy of the Plaintiff's Answers to Defendant's First Set of Interrogatories.

9.      Exhibit 8 to this Affidavit is a copy of notes taken by George Savaria at a meeting on August 6, 2002 which were provided by the Defendants in their response to the Plaintiff's Request for Production of Documents and were entered as Exhibit 1 to the deposition of Mr. Savaria.

10.     Exhibit 9 to this Affidavit is a copy of notes taken by Jack Lynch at a meeting on August 6, 2002 which were provided by the Defendants in their response to the Plaintiff's Request for Production of Documents and were entered as Exhibit 2 to the deposition of Mr. Lynch.

11.     Exhibit 10 to this Affidavit is a copy of e-mail message from Paul McGovern to Thomas Hurley dated October 10, 2002 which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents and was entered as Exhibit 8 to the deposition of Mr. McGovern.

12.     Exhibit 11 to this Affidavit is a copy of e-mail response from Thomas Hurley  to Paul McGovern dated October 11, 2002 which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents and was entered as Exhibit 9 to the deposition of Mr. McGovern.

13.     Exhibit 12 to this Affidavit is a copy of notes taken by George Savaria at a meeting on September 10, 2002 which were provided by the Defendants in their response to the Plaintiff's Request for Production of Documents and were entered as Exhibit 3 to the deposition of Mr. Savaria.

14.     Exhibit 13 to this Affidavit consists of copies of relevant portions of the transcript of the deposition of Paul McGovern.

15.     Exhibit 14 to this Affidavit is a copy of e-mail message from Paul McGovern to George Savaria dated September 9, 2002 which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents.

16.     Exhibit 15 to this Affidavit is a copy of type-written notes of interviews conducted by Paul McGovern which was entered as Exhibit 4 to Mr. McGovern's deposition of John Kelleher.

17.     Exhibit 16 to this Affidavit is a copy of an Executive Summary of the investigation conducted by Paul McGovern which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents.

18.     Exhibit 17 to this Affidavit is a copy of warning letter issued to Skip Pula dated October 22, 2002 which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents.

19.     Exhibit 18 to this Affidavit is a copy of notes taken by Paul McGovern of a phone conversation with Rhonda Hall dated October 25, 2002 which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents.

20.     Exhibit 19 to this Affidavit is a copy of a report issued by Dr. Richard F. Kaplan reflecting the results of an IME conducted on December 6, 2002.

21.     Exhibit 20 to this Affidavit is a copy of a facsimile from Dr. Richard Kaplan to the Defendant's Health Services Consultant.

22.     Exhibit 21 to this Affidavit is a copy of a Psychiatric Assessment from Dr. David L. Honeyman dated September 27, 2002.

23.     Exhibit 22 to this Affidavit is a copy of a Psychiatric Assessment from Dr. David L. Honeyman dated October 29, 2002.

24.     Exhibit 23 to this Affidavit is a copy of a Psychiatric Assessment from Dr. David L. Honeyman dated January 3, 2003.

25.     Exhibit 24 to this Affidavit is a copy of a letter from Dr. David L. Honeyman to Attorney Judd Peskin dated February 11, 2003.

26.     Exhibit 25 to this Affidavit is a copy of a termination letter from Paul R. Labonte to Rhonda Hall dated May 27, 2003 which was provided by the Defendants in their response to the Plaintiff's Request for Production of Documents.

27.     Exhibit 26 to this Affidavit is a copy of a letter from Paul McGovern to Hugh Heisler dated April 10, 2003.

28.     Exhibit 27 to this Affidavit is a copy of a letter from Hugh Heisler to Paul McGovern dated April 18, 2003.

29.     Exhibit 28 to this Affidavit is a copy of a letter from Paul McGovern to Hugh Heisler dated April 10, 2003.

30.     Exhibit 29 to this Affidavit is a copy of a Certification Form completed by Rhonda Hall's therapist, Linda C. Robinson, LICSW dated September 13, 2002.

31.     Exhibit 30 to this Affidavit is a copy of a report issued by Dr. Kenneth Jaffe on October 2, 2003 reflecting the results of an examination of Ms. Hall.

32.    Exhibit 31 to this Affidavit is a copy of a letter from Dr. David Honeyman to Attorney Judd Peskin dated May 13, 2003.

33.    Exhibit 32 to this Affidavit is a copy of a letter from Hugh Heisler to Paul McGovern dated May 16, 2003.

34.    Exhibit 33 to this Affidavit is a copy of a letter from Jack Lynch to Rhonda Hall dated May 20, 2003.

35.    Exhibit 34 to this Affidavit is a copy of a letter from Rhonda Hall to Jack Lynch dated May 23, 2003.

36.    Exhibit 35 to this Affidavit is a copy of a letter from Paul McGovern to Hugh Heisler dated May 22, 2003.

37.    Exhibit 36 to this Affidavit is a copy of a letter from Hugh Heisler to Paul McGovern dated May 30, 2003 which has been redacted to exclude references to settlement discussions regarding Ms. Hall's claims in this matter.

38.    Exhibit 37 to this Affidavit is a copy of relevant pages of the Defendant's Supplemental Responses to the Plaintiff's Interrogatories.

I further state that the facts set forth in this affidavit are made upon my own personal knowledge and belief and so far as upon belief, I believe those facts to be true.

Signed under the pains and penalties of perjury on this 25th day of October, 2006.

                                                                  _____/s/ Hugh D. Heisler_____
                                                                  Hugh Heisler