UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
RHONDA HALL,                )         CIVIL ACTION NO. 05-30002-MAP
                                            )
        Plaintiff         )
                                            )
v.                                        )
                                            )
VERIZON COMMUNICATIONS, INC.,  )
and VERIZON NEW ENGLAND, INC.    )         OCTOBER 27, 2006
                                            )
        Defendants  )
_____)

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

      The Defendants, Verizon Communications, Inc. and Verizon New England, Inc., hereby move this Court for a sixteen (16) day extension of time to file a Reply Brief in response to Plaintiff's Opposition to Defendants' Motion for Summary Judgment in the above-captioned matter. The Reply Brief is currently due on November 1, 2006; Defendants' motion would move the due date to November 17, 2006.

      As grounds for the motion, Defendants state that the additional time is necessary to fully respond to the issues raised by Plaintiff's 58-page Memorandum of Law in Opposition to Summary Judgment. Because of time constraints related to long-scheduled depositions and court appearances during the week of October 30, Defendants require this additional time beyond November 1 to prepare a Reply.

      Counsel for Plaintiff has indicated he assents to this Motion.

Respectfully submitted,

     /s/  Stacy Smith Walsh
Stacy Smith Walsh (BBO No. 647420)
**DAY, BERRY & HOWARD, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 facsimile
sswalsh@dbh.com

## CERTIFICATE OF SERVICE

I, Stacy Smith Walsh, hereby certify that on the 27th day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to Hugh D. Heisler, Esq., of Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA  01103.

     /s/  Stacy Smith Walsh
Stacy Smith Walsh