UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
RHONDA HALL,                              :
                                          :
       Plaintiff,                 :
                                          :
v.                                        :   Civil Action No. 3:05-cv-30002-MAP
                                          :
VERIZON COMMUNICATIONS, INC.,             :
and VERIZON NEW ENGLAND, INC.             :
                                          :
       Defendants.                :
_____:

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL AND REQUEST FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**

The Plaintiff respectfully submits this opposition to the defendants' pending Motion to Disqualify Plaintiff's Counsel. The plaintiff further asserts that defendants' motion to disqualify plaintiff's counsel unreasonably and vexaciously multiplied the proceedings in this case, and respectfully requests that appropriate sanctions, including excess expenses and attorney's fees, be assessed directly against them pursuant to 28 U.S.C. § 1927.

Dated: May 14, 2007

          Respectfully submitted,
          PLAINTIFF RHONDA HALL
          By her Attorney,

            /s/ Hugh D. Heisler
          Hugh D. Heisler
          BBO # 563925
          Heisler, Feldman, McCormick &
             Garrow, P.C.
          1145 Main Street, Suite 508
          Springfield, MA 01103
          (413) 788-7988

## CERTIFICATE OF SERVICE

    I, Hugh D. Heisler, hereby certify that a true copy of the foregoing Opposition and Request for Sanctions was served electronically upon the attorney of record for the Defendants on May 14, 2007.

                                              /s/ Hugh D. Heisler
                                              Hugh D. Heisler