UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

RHONDA HALL,

          Plaintiff,

V.                                     Civil Action No. 3:05-cv-30002-MAP

VERIZON COMMUNICATIONS, INC.,
and VERIZON NEW ENGLAND, INC.

          Defendants.
_____

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF CAREW STREET GRAFFITI**

The Plaintiff respectfully submits this opposition to the defendants' pending Motion *in limine* to exclude evidence of Carew Street graffiti. In support of this Opposition, the plaintiff relies on the Memorandum of Law submitted herewith.

                                                Respectfully submitted,
                                                PLAINTIFF RHONDA HALL
                                                By her Attorney,

Dated: May 22, 2007

                                                _/s/ Hugh D. Heisler_____
                                                Hugh D. Heisler
                                                BBO # 563925
                                                Heisler, Feldman, McCormick &
                                                    Garrow, P.C.
                                                1145 Main Street, Suite 508
                                                Springfield, MA 01103
                                                (413) 788-7988

CERTIFICATE OF SERVICE

     I, Hugh D. Heisler, hereby certify that a true copy of the foregoing Opposition and Request for Sanctions was served electronically upon the attorney of record for the Defendants on May 22, 2007.

                                                _/s/ Hugh D. Heisler_____
                                                Hugh D. Heisler