UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
RHONDA HALL,                         )
     Plaintiff                       )
                                     )
               v.                    ) 05-cv-30002-MAP
                                     )
VERIZON COMMUNICATIONS, INC.,        )
ET AL,                               )
     Defendants                      )
```

ORDER RE: SCHEDULE FOR TRIAL

June 26, 2007

PONSOR, D.J.

Trial in this case is formally scheduled to commence on November 5, 2007. Counsel are hereby notified, however, that due to the court's congested trial docket the case may actually be called to trial on November 5 or any day during the <u>four weeks</u> following. Counsel should stay in touch with the courtroom deputy, Elizabeth French, to confirm the actual date for trial.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge