# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RHONDA HALL,
          Plaintiff

V.                        CIVIL ACTION NO.  05-30002-MAP

VERIZON COMMUNICATIONS, INC., ET AL
          Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

     The Court having been advised on  November 13, 2007  that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                            By the Court,

November 13, 2007                s/   Mary Finn
Date                                       Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                    [stlmtodism.]

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RHONDA HALL,
            Plaintiff

V.                                    CIVIL ACTION NO. 05-30002-MAP

VERIZON COMMUNICATIONS, INC., ET AL
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

    The Court having been advised on  November 13, 2007  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                              By the Court,

 November 13, 2007                s/ Mary Finn
Date                                    Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                              [stlmtodism.]