UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
RHONDA HALL,                       :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :   Civil Action No. 3:05-cv-30002-MAP
                                   :
VERIZON COMMUNICATIONS, INC.,      :
and VERIZON NEW ENGLAND, INC.      :
                                   :
        Defendants.                :
_____:


## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to dismiss with prejudice any and all claims asserted in the above-entitled matter without fees and costs, both parties waiving all rights of appeal.

Respectfully submitted,

| PLAINTIFF RHONDA HALL | DEFENDANTS VERIZON COMMUNICATIONS, INC., and VERIZON NEW ENGLAND, INC. |
|---|---|
| By: __/s/ Hugh D. Heisler__ | By: __/s/ Stacy Smith Walsh__ |
| Hugh D. Heisler | Victoria Woodin Chavey (*pro hac vice*) |
| BBO No. 563925 | Stacy Smith Walsh |
| Heisler, Feldman, McCormick & Garrow, P.C. | BBO No. 647420 |
| | Day Pitney, LLC |
| 1145 Main Street, Suite 508 | CityPlace I |
| Springfield, MA 01103 | Hartford, CT 06103-3499 |
| Ph: (413) 788-7988 | Ph: (860) 275-0100 |
| Fax: (413) 788-7996 | Fax: (860) 275-0343 |

Dated:   December 21, 2007

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                        /s/ Hugh D. Heisler
                                        Hugh D. Heisler